# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE KING/MOROCCO | § | |
| | § | Civil Action No. 4:18-CV-780 |
| v. | § | (Judge Mazzant/Judge Nowak) |
| | § | |
| PARK PLACE LEXUS PLANO | § | |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 6, 2019, the report of the Magistrate Judge (Dkt. #21) was entered containing proposed findings of fact and recommendations that Defendant Park Place Lexus Plano's Motion to Dismiss with Prejudice (Dkt. #14) be granted and each of Plaintiff's claims be dismissed with prejudice.

Having received the report of the Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Defendant's Motion to Dismiss with Prejudice (Dkt. #14) is **GRANTED** and each of Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

All relief not previously granted is **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED**.

 **SIGNED this 10th day of September, 2019.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE